IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS,<br><br>    Plaintiff,<br><br>v.<br><br>MORPHO DETECTION INC., ET AL.,<br><br>    Defendants.<br>_____ / | No. C 11-05313 JSW<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE ON MOTION TO REMAND** |

The Court sets the motion to remand this action for hearing on April 6, 2012 at 9:00 a.m. Plaintiff's reply, if any, on the motion shall be filed no later than January 6, 2012.

**IT IS SO ORDERED.**

Dated: December 20, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALISON M ABELS,

    Plaintiff,

v.

MORPHO DETECTION INC et al,

    Defendant.

Case Number: CV11-05313 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alison M. Abels
P. O. Box 12112
Berkeley, CA 94712

Dated: December 20, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk