**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ALISON M. ABELS,

10          Plaintiff,                              No. C 11-05313 JSW

11     v.

12   MORPHO DETECTION INC., ET AL.,                 **ORDER SETTING HEARING AND**
                                                    **BRIEFING SCHEDULE ON**
13          Defendants.                             **MOTION TO REMAND**
     _____/

14

15          The Court sets the motion to remand this action for hearing on April 6, 2012 at 9:00 a.m.

16   Plaintiff's reply, if any, on the motion shall be filed no later than January 6, 2012.

17

18          **IT IS SO ORDERED.**

19

20   Dated:   December 20, 2011                     _____
                                                    JEFFREY S. WHITE
21                                                  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALISON M ABELS,

        Plaintiff,

  v.

MORPHO DETECTION INC et al,

        Defendant.

                                          /

Case Number: CV11-05313 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alison M. Abels
P. O.  Box 12112
Berkeley, CA 94712

Dated: December 20, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

United States District Court

For the Northern District of California