ALISON M. ABELS
P.O. Box 12112
Berkeley, CA 94712
Tel:   510.206.0968
E-mail: alison.abels@gmail.com

Plaintiff, in Pro Se

L. JULIUS M. TURMAN (State Bar No. 226126)
S. BRADLEY PERKINS (State Bar No. 257427)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:   415.442.1001
E-mail:  jturman@morganlewis.com;
bperkins@morganlewis.com

Attorneys for Defendants
MORPHO DETECTION, INC.
AND KARIM BOUSTA

*Counsel continued on following page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALISON M. ABELS,<br><br>              Plaintiffs,<br><br>       vs.<br><br>GE HOMELAND PROTECTION INC., MORPHO DETECTION, INC., SAFRAN GROUP, GE SECURITY INC., GENERAL ELECTRIC CORP., KARIM BOUSTA, HEATHER DANIELS, DUCK HEE CHAE, MATRIX, and DOES 1-20 inclusive,<br><br>              Defendants. | Case No. 3:11-cv-05313-YGR<br><br>**JOINT STIPULATION RE TIME TO FILE ADR CERTIFICATION; [PROPOSED] ORDER**<br><br>Date:       N/A<br>Time:       N/A<br>Judge:      Hon. Yvonne Gonzalez Rogers<br>Dept.:       Oakland |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22928328.1

JOINT STIPULATION RE TIME TO FILE
ADR CERTIFICATION; [PROPOSED] ORDER
Case No. 3:11-cv-05313-YGR

1  ADRIENNE C. PUBLICOVER (State Bar No. 161432)
   DENNIS J. RHODES (State Bar No. 168417)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105
4  Tel:   415.433.0990
   Fax:   415.434.1370
5  E-mail: adrienne.publicover@wilsonelser.com
   dennis.rhodes@wilsonelser.com
6
   Attorneys for Defendant
7
   MATRIX ABSENCE MANAGEMENT, INC.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

DB2/ 22928328.1

JOINT STIPULATION RE TIME TO FILE
ADR CERTIFICATION; [PROPOSED] ORDER
Case No. 3:11-cv-05313-YGR

**STIPULATION**

WHEREAS, on January 24, 2012, Plaintiff Alison M. Abels ("Plaintiff") and Defendants Morpho Detection, Inc. ("MDI"), Karim Bousta (collectively with MDI, the "MDI Defendants"), and Matrix Absence Management, Inc. ("Matrix") (collectively with the MDI Defendants, "Defendants") communicated regarding the possible use of Alternative Dispute Resolution ("ADR") in connection with this case;

WHEREAS, on January 25, 2012 MDI Defendants requested Plaintiff's and Defendant Matrix's stipulation that the Parties be permitted to file their ADR Certifications, pursuant to Local Rule 16-8(b), by February 1, 2012;

WHEREAS, Plaintiff and Defendant Matrix have no objection to MDI Defendants' request;

WHEREAS, this is the first extension requested by any party of the deadline to file their ADR Certifications;

WHERAS, this request will not affect any other scheduled dates in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, and Plaintiff, in *pro se*, as follows:

The deadline for the Parties to file their ADR Certifications, pusuant to Local Rule 16-8(b), is February 1, 2012.

IT IS SO STIPULATED.

Dated: January 25, 2012                         ALISON M. ABELS


                                                By  */s/ Alison M. Abels*
                                                    Alison M. Abels
                                                    Plaintiff, *Pro Se*

DB2/ 22928328.1 — JOINT STIPULATION RE TIME TO FILE ADR CERTIFICATION; [~~PROPOSED~~] ORDER — Case No. 3:11-cv-05313-YGR

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | | |
|---|---|---|
| Dated: January 25, 2012 | | MORGAN, LEWIS & BOCKIUS LLP |

By  */s/ S. Bradley Perkins*
L. Julius M. Turman
S. Bradley Perkins
Attorneys for Defendants
MORPHO DETECTION, INC.
AND KARIM BOUSTA.

Dated: January 25, 2012          WILSON, ELSER, MOSKOWITZ,
                                 EDELMAN & DICKER LLP

By  */s/ Dennis J. Rhodes*
Adrienne C. Publicover
Dennis J. Rhodes
Attorneys for Defendant
MATRIX ABSENCE MANAGEMENT, INC.

## **FILER'S ATTESTATION**

I, S. Bradley Perkins, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order. In compliance with General Order 45.X.B, I hereby attest that Dennis J. Rhodes and Alison M.Abels concur in this filing.

*/s/ S. Bradley Perkins*
S. Bradley Perkins
Attorneys for Defendants
MORPHO DETECTION, INC.
AND KARIM BOUSTA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22928328.1

JOINT STIPULATION RE TIME TO FILE
ADR CERTIFICATION; [PROPOSED] ORDER
Case No. 3:11-cv-05313-YGR

1

**[PROPOSED] ORDER**

2      Pursuant to the parties' stipulation set forth above and pursuant to Rule 6-2(a) of the Civil

3  Local Rules, IT IS SO ORDERED.

4  Dated: January 27, 2012

5

6                                                By _____

7                                                HON. YVONNE GONZALEZ ROGERS
                                                 UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 22928328.1

JOINT STIPULATION RE TIME TO FILE
ADR CERTIFICATION; [PROPOSED] ORDER
Case No. 3:11-cv-05313-YGR