UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. ABELS,<br><br>    Plaintiff,<br><br>    v.<br><br>GE HOMELAND PROTECTION INC., *et al.*,<br><br>    Defendants. | Case No.: 11-CV-5313 YGR<br><br>ORDER SETTING COMPLIANCE HEARING |

TO ALL PARTIES AND COUNSEL OF RECORD:

On February 13, 2013, the Court ordered the parties to submit joint status statements every four months to apprise the Court of the status of related state court proceedings. (Dkt. No. 53.) In the intervening 15 months, the parties have diligently complied with that Order. (Dkt. Nos. 54, 55, 57, 58.) Nevertheless, to aid in tracking the parties' submissions, the Court now sets a compliance hearing on the Court's 9:01 a.m. Calendar on **Friday, July 11, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

If the parties file the required joint status update by July 1, 2014, as previously ordered, then the compliance hearing will be taken off calendar.

If the parties fail to file the required joint status update timely, they will be required to appear and the failure may result in sanctions.

**IT IS SO ORDERED**.

Date: June 5, 2014

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE