1
2
3
4
5
6                                    **UNITED STATES DISTRICT COURT**
7                                   **NORTHERN DISTRICT OF CALIFORNIA**
8
9
10
11
12    **ALISON M. ABELS,**                             **Case No.:  11-CV-5313 YGR**

13              **Plaintiff,**                          **ORDER VACATING COMPLIANCE HEARING;**
                                                        **ORDER TO SHOW CAUSE**
14         v.

15    **GE HOMELAND PROTECTION INC.,** *et al.***,**

16              **Defendants.**

17    TO ALL PARTIES AND COUNSEL OF RECORD:

18         The Court hereby **VACATES** the compliance hearing set for July 11, 2014.  Compliance is

19    complete.  (*See* Dkt. Nos. 59 (requiring filing of status report by July 1, 2014), 60 (status report filed

20    on July 1, 2014).)

21         The July 1 status report was filed by defendants without input from plaintiff Alison M. Abels,

22    Abels apparently having ceased to participate in either this case or in parallel state-court litigation.

23    (*See* Dkt. No. 60 (describing state court's entry of terminating sanctions against plaintiff following her

24    failure to participate in that litigation).)  Defendants request that this Court dismiss this action, given

25    the judgment entered against plaintiff in the state court.  (*Id.* at 2.)

26         In light of the state court's dismissal of her action there, plaintiff is hereby **ORDERED TO**

27    **SHOW CAUSE** why this federal action should not be dismissed.  No later than **July 18, 2014**, plaintiff

28    shall file either (1) a notice of voluntary dismissal or (2) a written response to this Order to Show

*United States District Court*
*Northern District of California*

1  Cause, explaining why this case should not be dismissed.  Failure to file either document by this

2  deadline will result in immediate dismissal.

3      The Court sets an Order to Show Cause hearing on its 9:01 a.m. Calendar on **Friday, July 25,**

4  **2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland,

5  California.  If plaintiff dismisses this case or fails to file as set forth above, the hearing shall be

6  vacated and no appearance shall be required.

7      **IT IS SO ORDERED**.

8

9  Date: July 7, 2014

10                  **YVONNE GONZALEZ ROGERS**

11                  **UNITED STATES DISTRICT COURT JUDGE**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California