**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALISON M. ABELS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**GE HOMELAND PROTECTION INC.,** *et al.***,**<br><br>    **Defendants.** | Case No.:  **11-CV-5313 YGR**<br><br>**ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE, WARNING PLAINTIFF OF POSSIBLE DISMISSAL, AND REQUIRING DEFENDANTS TO RESPOND** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has received the responses of *pro se* plaintiff Alison M. Abels to the Court's Order to Show Cause ("OSC") of July 7, 2014.  (Dkt. Nos. 62-64.)  In those responses, plaintiff asserts that this action should not be dismissed because her ERISA claim is independent from the wrongful termination action recently dismissed by the Alameda County Superior Court and the original denial of ERISA benefits occurred prior to her termination.  (Dkt. No. 65.)  Assuming for the sake of argument that plaintiff does have a viable ERISA claim, her responses still raise serious questions about her continued ability to litigate this case, given her representations about her lack of access to transportation, telephones, the internet, or postal services.  (*See* Dkt. No. 62 at 2; Dkt. No. 64.)

Accordingly, the Court hereby **CONTINUES** the OSC hearing from July 25, 2014 to **10:00 a.m. on Wednesday, August 13, 2014**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.  The parties are permitted to appear by telephone, provided they

make advance arrangements to do so with Courtroom Deputy Frances Stone (510-637-3540; ygrcrd@cand.uscourts.gov).

**Plaintiff is hereby notified that failing to appear at the August 13 OSC hearing either in person or by telephone will result in immediate dismissal of her case.** Plaintiff is further notified that the Court is considering dismissing her case without prejudice on the basis that plaintiff lacks the ability to prosecute it effectively at this time. The Court also continues to consider whether her case warrants dismissal on the basis that her federal ERISA claim depended on her state-law claims.

Defendants are **ORDERED** to file a written response to plaintiff's argument that her ERISA claim may proceed independently from her now-dismissed state-law claims. Such response shall not exceed three pages, exclusive of caption and signatures. The response shall be electronically filed, as well as mailed to plaintiff at her updated mailing address, no later than Monday, July 28, 2014. Defendants shall electronically file a proof of service showing they timely served their brief on plaintiff by mail.

**IT IS SO ORDERED**.

Date: July 23, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**