ALISON M. ABELS, In Pro Per
3198 Log Cabin Court
Placerville, CA 95667
(530) 748-6536
alison.abels@gmail.com

MELINDA S. RIECHERT (State Bar No. 065504)
KATHRYN M. NAZARIAN (State Bar No. 259392)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:    415.442.1000
Fax:    415.442.1001
E-mail: mriechert@morganlewis.com
E-mail: knazarian@morganlewis.com

Attorneys for Defendants
MORPHO DETECTION, INC., KARIM BOUSTA, and
MATRIX ABSENCE MANAGEMENT, INC.

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
10/28/14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALISON M. ABELS,<br><br>   Plaintiffs,<br><br> vs.<br><br>GE HOMELAND PROTECTION INC., *et al.*,<br><br>   Defendants. | Case No. 4:11-CV-05313-YGR<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 25383912.1

STIPULATION FOR DISMISSAL OF
ACTION WITH PREJUDICE
Case No. 3:11-cv-05313-YGR

**JOINT STIPULATION**

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff Alison M. Abels ("Plaintiff") and Defendants Morpho Detection, Inc. ("MDI"), Karim Bousta, and Matrix Absence Management, Inc. ("Matrix") (the "Parties"), through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

The Parties shall bear their own respective attorneys' fees and costs of suit incurred in connection with this Action and its dismissal.

All parties that have appeared in this action have consented and agreed to the dismissal with prejudice pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: October 27, 2014         ALISON M. ABELS, *In Pro Per*


                                By  */s/ Alison M. Abels*
                                    Alison M. Abels

Dated: October 27, 2014         MORGAN, LEWIS & BOCKIUS LLP


                                By  /s/ *Kathryn M. Nazarian*
                                    Kathryn M. Nazarian
                                    Attorneys for Defendants
                                    MORPHO DETECTION, INC., KARIM
                                    BOUSTA, AND MATRIX ABSENCE
                                    MANAGEMENT, INC.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 24763136.1

1

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:11-cv-05313-YGR

**FILER'S ATTESTATION**

I, Kathryn M. Nazarian, am the ECF user whose identification and password are being used to file *pro per* Plaintiff Alison M. Abels and Defendants Morpho Detection, Inc., Karim Bousta, and Matrix Absence Management, Inc.'s Stipulation for Dismissal of Action With Prejudice. In compliance with Local Rule 5-1, I hereby attest that Alison M. Abels concurs in this filing.

/s/ *Kathryn M. Nazarian*
Kathryn M. Nazarian
Attorneys for Defendants
MORPHO DETECTION, INC., KARIM BOUSTA, and
MATRIX ABSENCE MANAGEMENT, INC.

Morgan, Lewis & Bockius LLP
Attorneys At Law
San Francisco

DB2/ 24763136.1

2

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No. 3:11-cv-05313-YGR